IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTINE MCLELLAN | Case No. 2:22-mj-73-KFW |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Adam Morin, being first duly sworn, hereby depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since 2017. Over the course of my law enforcement career, I have investigated a variety of crimes, including domestic violence crimes, violent offenses, illegal drugs, sex crimes, firearms offenses, and fraud.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses.

3. I submit this Affidavit in support of a criminal complaint charging CHRISTINE MCLELLAN with one count of bank fraud in violation of 18 U.S.C. § 1344.

4. On May 16, 2022, Victim 1's car was broken into at the Sea Road School in Kennebunk, Maine. Victim 1's backpack containing her wallet was stolen from the car.

5. On June 11, 2022, Victim 2's purse was stolen from her car at Lisbon High School in Lisbon, Maine.

6. On June 23, 2022, CHRISTINE MCLELLAN attempted to cash a $4,200 check drawn on Victim 2's account and made payable to Victim 1 at a federally insured credit union in Cumberland, Maine. MCLELLAN presented Victim 1's ID to the bank teller at the drive thru window. When asked security questions, MCLELLAN drove away

without completing the transaction. The bank made copies of the check and ID McLellan left behind from the abandoned transaction. Images from the credit union's surveillance video showing MCLELLAN are below.





7.     Law enforcement was able to identify MCLELLAN by comparing the images from the June 23, 2022 surveillance video with her driver's license photo.

8. On June 29, 2022, officers from the Cumberland Police Department and Freeport Police Department met with MCLELLAN. After being advised of her *Miranda* rights, MCLELLAN waived her rights and responded to questions. MCLELLAN admitted to attempting to cash a forged check using another's identification on or about June 23, 2022.

April 5, 2023

Respectfully submitted,

_____
Adam Morin
Special Agent
Federal Bureau of Investigation

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedures

Date: Apr 05 2023

City and state: Portland, Maine

_____
Judge's signature

Karen Frink Wolf, U.S. Magistrate Judge
Printed name and title

3